**Fill in this information to identify the case:**

Debtor 1  Wesley L. Smith

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the:  Eastern District of Michigan

Case number  19-50767-pjs

Official Form 410S1

# Notice of Mortgage Payment Change                                12/15

If the debtor's plan provides for payment of postpetition contractual installments on your claim secured by a security interest in the debtor's principal residence, you must use this form to give notice of any changes in the installment payment amount. File this form as a supplement to your proof of claim at least 21 days before the new payment amount is due. See Bankruptcy Rule 3002.1.

**Name of creditor:** Best Capital Funding Corp.                **Court claim no.** (if known): 7

**Last 4 digits** of any number you use to
identify the debtor's account:        5    5    9    5

**Date of payment change:**
Must be at least 21 days after date     04/01/2020
of this notice

**New total payment:**                  $        1,305.47
Principal, interest, and escrow, if any

| Part 1: | Escrow Account Payment Adjustment |
| --- | --- |

1. **Will there be a change in the debtor's escrow account payment?**

   ☑ No
   ☐ Yes. Attach a copy of the escrow account statement prepared in a form consistent with applicable nonbankruptcy law. Describe
     the basis for the change. If a statement is not attached, explain why: _____

   Current escrow payment:  $ _____        New escrow payment:  $ _____

| Part 2: | Mortgage Payment Adjustment |
| --- | --- |

2. **Will the debtor's principal and interest payment change based on an adjustment to the interest rate on the debtor's
   variable-rate account?**

   ☐ No
   ☑ Yes. Attach a copy of the rate change notice prepared in a form consistent with applicable nonbankruptcy law. If a notice is not
     attached, explain why: _____

   Current interest rate: _____ 11.250 %        New interest rate: _____ 10.250 %

   Current principal and interest payment:  $ _____ 1,022.07        New principal and interest payment:  $ _____ 974.73

| Part 3: | Other Payment Change |
| --- | --- |

3. **Will there be a change in the debtor's mortgage payment for a reason not listed above?**

   ☑ No
   ☐ Yes. Attach a copy of any documents describing the basis for the change, such as a repayment plan or loan modification agreement.
     (*Court approval may be required before the payment change can take effect.*)

   Reason for change: _____

   Current mortgage payment: $ _____        New mortgage payment:  $ _____

19-50767-pjs    Doc 27    Filed 03/03/20    Entered 03/03/20 14:20:34    Page 1 of 5

| Part 4: | Sign Here |

The person completing this Notice must sign it. Sign and print your name and your title, if any, and state your address and telephone number.

*Check the appropriate box.*

☐ I am the creditor.

☑ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this claim is true and correct to the best of my knowledge, information, and reasonable belief.**

✖ /s/ Molly Slutsky Simons
   Signature

Dat   3/3/2020

Print:   Molly Slutsky Simons
         First Name      Middle Name      Last Name

Title   Attorney for Creditor

Company   Sottile & Barile, Attorneys at Law

Address   394 Wards Corner Road, Suite 180
          Number              Street

Loveland                          OH      45140
City                              State    ZIP Code

Contact phone   513-444-4100

Email   bankruptcy@sottileandbarile.com

# FCI Lender Services, Inc.

Toll Free: (800) 931-2424 Hrs.: Mon-Fri 8:00 a.m. - 5:00 p.m. (PT)
Website : www.trustfci.com    NMLS #4920    DRE #01022780
PO BOX 27370 Anaheim CA 92809-0112    Fax: (714) 282-2429

1/31/2020

## SUBSEQUENT INTEREST RATE ADJUSTMENT

| Summary | |
|---|---|
| Account # | ██████████ |
| Statement Date | 01/31/2020 |

| Account Information | |
|---|---|
| Unpaid Principal Balance | $88,545.03 |
| Interest Rate | 10.2500000% |
| Prepayment Penalty | No |

Wesley L. Smith
Cheryl Smith
18474 Indiana Street
Detroit, MI 48221

Under the terms of your Adjustable-Rate Mortgage (ARM), you had a 6 month period during which your interest rate stayed the same. The period ends on 03/01/2020, so on that date your interest rate may change. After that, your interest rate may change Semi-Yearly for the rest of your loan term. Any change in your interest rate may also change your mortgage payment.

| | Current Rate & Monthly Payment | Estimated New Rate & Monthly Payment |
|---|---|---|
| Interest Rate | 11.2500000% | 10.25000000% |
| Principal | $185.29 | $218.41 |
| Interest | $836.78 | $756.32 |
| Escrow | $330.74 | $330.74 |
| Suspense | $0.00 | $0.00 |
| Other Payments | $0.00 | $0.00 |
| Total Monthly Payment | $1352.81 | $1,305.47 |

(due 04/01/2020)

**Interest Rate**: We calculated your interest rate by taking a published "index rate" and adding a certain number of percentage points, called the "margin". Under your loan agreement, your index rate is the FNMA 6-Month LIBOR and your margin is 8.450%. The FNMA 6-Month LIBOR is published Monthly in www.thefinancials.com. The index rate plus the margin will be rounded to the nearest 0.12500000%.

**Rate Limit**: Your rate can never be higher than 16.350% over the life of the loan. Your rate can never be lower than 9.350% over the life of the loan. Your rate can increase by no more than 1.000% each adjustment period and your rate can decrease by no more than 1.000% each adjustment period.This additional increase may apply to your interest rate when it adjusts again on 09/01/2020.

**New Interest Rate and Monthly Payment**: The table above shows our estimate of your new interest rate and new monthly payment. These amounts are based on the most recently published FNMA 6-Month LIBOR, your interest rate limitations, your loan balance of $88,545.03, and your remaining loan term of 176 months.

If You Anticipate Problems Making Your Payments:
- Contact FCI Lender Services at 1-800-931-2424 ext. 650 as soon as possible
- If you seek an alternative to the upcoming changes to your interest rate and payment, the following options may be possible (most are subject to lender approval):
    - **Refinance your loan**
    - **Sell your home** and use the proceeds to pay off your current loan
    - **Modify your loan terms**
    - **Payment forbearance** temporarily gives you more time to pay your monthly payment
- If you would like contact information for counseling agencies or programs in your area, call the US Department of Housing and Urban Development (HUD) at 800-569-4287 or visit www.hud.gov/offices/hsg/sfh/hcc/hcs.cfm. If you would like contact information for a State housing finance agency, visit the US Consumer Financial Protection Bureau (CFPB) at www.consumerfinance.gov/mortgagehelp/

IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.

# IMPORTANT DISCLOSURES

FCI Lender Services, Inc. ("FCI") is committed to professional and courteous service to our customers. Our Customer Service Department is an experienced group of men and women who are trained and dedicated to answering your questions, addressing your concerns, and resolving any and all issues to your satisfaction. If you have any complaints, please call us during our regular business hours at (800) 931-2424 ext. 651, Mon - Fri, 8:00 a.m. - 5:00 p.m., PT.

**OREGON CONSUMERS ONLY:** The Director of the Department of Consumer and Business Services prescribes by rule. Residential mortgage loan servicers are regulated by the Oregon Division of Financial Regulation. To file a complaint, call (888) 877-4894 or visit http://dfr.oregon.gov. You can also submit a completed form complaint by email to dcbs.dfcsmail@oregon.gov, by mail to PO Box 14480 Salem, OR 97309-0405, or by fax to 503-947-7862.

**PENNSYLVANIA CONSUMERS ONLY**: The lender retains a security interest in your residential real estate whenever the security interest has not been released.

**COLORADO CONSUMERS ONLY:** FCI Lender Services, Inc.'s Agent in Colorado is Cogency Global Inc., 7700 E. Arapahoe Road, Suite 220, Centennial, Colorado 80112; PH: 303-309-3839.

**TEXAS CONSUMERS ONLY:** COMPLAINTS REGARDING THE SERVICING OF YOUR MORTGAGE SHOULD BE SENT TO THE DEPARTMENT OF SAVINGS AND MORTGAGE LENDING, 2601 NORTH LAMAR, SUITE 201, AUSTIN, TX 78705. A TOLL-FREE CONSUMER HOTLINE IS AVAILABLE AT 877-276-5550. A complaint form and instructions may be downloaded and printed from the Department's website located at www.sml.texas.gov or obtained from the department upon request by mail at the address above, by telephone at its toll-free consumer hotline listed above, or by email at smlinfo@sml.texas.gov.

**MASSACHUSETTS CONSUMERS ONLY:** NOTICE OF IMPORTANT RIGHTS YOU HAVE THE RIGHT TO MAKE A WRITTEN OR ORAL REQUEST THAT TELEPHONE CALLS REGARDING YOUR DEBT NOT BE MADE TO YOU AT YOUR PLACE OF EMPLOYMENT. ANY SUCH ORAL REQUEST WILL BE VALID FOR ONLY TEN DAYS UNLESS YOU PROVIDE WRITTEN CONFIRMATION OF THE REQUEST POSTMARKED OR DELIVERED WITHIN SEVEN DAYS OF SUCH REQUEST. YOU MAY TERMINATE THIS REQUEST BY WRITING TO THE CREDITOR.

**NEW YORK CONSUMERS ONLY:** FCI Lender Services, Inc. ("FCI") is registered with the Superintendent of the New York State Department of Financial Services (NMLS #4920). You may obtain information about how to file a complaint about FCI with the New York State Department of Financial Services, by visiting the Department's website at www.dfs.ny.gov or by calling the Department at 800-342-3736.

**IMPORTANT NOTICE: IF YOU OR YOUR ACCOUNT ARE SUBJECT TO PENDING BANKRUPTCY PROCEEDINGS, OR IF YOU RECEIVED A BANKRUPTCY DISCHARGE ON THIS DEBT, THIS STATEMENT IS FOR INFORMATIONAL PURPOSES ONLY AND IS NOT AN ATTEMPT TO COLLECT A DEBT. IF YOU ARE NOT IN BANKRUPTCY OR DISCHARGED OF THIS DEBT, BE ADVISED THAT FCI IS A DEBT COLLECTOR AND IS ATTEMPTING TO COLLECT A DEBT. ANY INFORMATION OBTAINED WILL BE USED FOR THAT PURPOSE.**

FCI Lender Services, Inc. • PO Box 27370 • Anaheim • CA 92809-0112 • NMLS # 4920 • DRE # 01022780 • www.trustfci.com

# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF MICHIGAN
### DETROIT DIVISION

In Re:                                    Case No. 19-50767-pjs

Wesley L. Smith                           Chapter 13

Debtor.                                   Judge Phillip J. Shefferly

---

### PROOF OF SERVICE

---

The undersigned does hereby certify that a copy of the Notice of Mortgage Payment Change has been duly electronically serviced, noticed or mailed via U.S. First Class Mail, postage prepaid on March 3, 2020 to the following:

Wesley L. Smith, Debtor
18474 Indiana St
Detroit, MI 48221

Brian J. Small, Debtor's Counsel
bankruptcy@thavgross.com

David Wm Ruskin, Trustee
ecf-emails@det13.com

United States Trustee's Office
(registeredaddress)@usdoj.gov

Respectfully Submitted,

 /s/ Molly Slutsky Simons
Molly Slutsky Simons (OH 0083702)
Sottile & Barile, Attorneys at Law
394 Wards Corner Road, Suite 180
Loveland, OH 45140
Phone: 513.444.4100
Email: bankruptcy@sottileandbarile.com
Attorney for Creditor